NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BRENT THIERRY and LISA THIERRY,       )
                                      )
            Appellants,               )
                                      )
v.                                    )        Case No.  2D17-3426
                                      )
SECURITY FIRST INSURANCE              )
COMPANY,                              )
                                      )
            Appellee.                 )
_____ )

Opinion filed August 17, 2018.

Appeal from the Circuit Court for
Hillsborough County; Emmett Lamar
Battles, Judge.

Morgan Barfield of Corless Barfield Trial
Group, Tampa, for Appellants.

David C. Borucke of Cole, Scott & Kissane,
P.A., Tampa, for Appellee.

PER CURIAM.


            Affirmed.


LaROSE, C.J., and SLEET and SALARIO, JJ., Concur.